**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

BENARD BARNETT                    X

PETITIONER,                       |        CRIMINAL INDICTMENT #90-CR-913 (LAP)

                                  |

-V-                               |

                                  |        RECEIVED DOC # 476

                                  |        MAY 19 2015

UNITED STATES OF AMERICA          |

RESPONDENT                        X        LORETTA A. PRESKA
                                           CHIEF U.S. DISTRICT JUDGE
                                           S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2015 MAY -8  A 9 38

---

## MOTION TO REDUCE SENTENCE PURSUANT TO TITLE §18: U.S.C. 3582 (C) (2) DUE TO A U.S.S.C. AMENDENT TO THE GUIDELINES

---

Petitioner comes before this court seeking the reduction of his prison sentence. Pursuant to the title 18 U.S.C. §3582 (C) (2) (2010). He asks this court to give retroactive effect to amendments (506) (567) (706) (711) (750) and (782) under U.S.S.G. §1B1.10, which all of the above amendments are listed as retroactive.  Hence legally apply to this petitioner.


A.  Then accordingly reduce his sentences from "life" to a sentence of the [offense statutory maximum] of U.S.S.G. §4B1.1 career offender chart, for a 30 year maximum

- - - And/or- - -

B.  As a non-career offender. Reduce his sentence to a (20 year maximum of 21:841 (b) (1) (c)


C.  Accordingly reduce his supervise release to the maximum penalty of Title §21:841 (b) (1) (c) [Second drug offender] supervise release maximum of (6) years.



## STATEMENT OF THE ISSUES

1)   Under title §21:841 (B) (1) (A) petitioner was sentence as a "career offender" in legal error.  As shown in the issues below.

2)   Even (If) petitioner was a career offender under U.S.S.G. §4B1.1.  His [offense statutory maximum] is only [30 years] and not "life".  Petitioner has had a 100% illegal Life Sentence in place for [2½] decades.

3)   As a non-career offender under U.S.S.G. §4B1.1.  Retroactive Amendments 706, 711, 750 and 782 apply in full legal force for a sentence reduction.

4)   Both above issued #1 and #2.  That (A) Petitioner is "not" a career offender under U.S.S.G. §4B1.1. (and/or). (B) Even if he is a career offender under U.S.S.G. §4B1.1.  His [offense statutory maximum] of §4B1.1 career offender chart sentence is only [30] years and "not" life are "Jurisdictional defects" of law .i.e. The [court/judge/prosecutor/probation department] did "not" have the statutory or constitutional power to do what it did.  As such defects in jurisdiction exist. The law states, no time or procedural bar can exist.  Such defects must be notice, heard, adjudicated and legally corrected.  By any writ, motion or appeal at any time.  This §18:3582(c) (2) motion must legally adjudicate the [jurisdictionally defects] clearly shown.

5)   Petitioner is [actual innocence] of a 1) life sentence and 2) Being made a career offender under U.S.S.G. §4B1.1

6) The Fair Sentence Act is law, but not retroactive, nor apply to the statues mandatory minimums. Until congress vote on making this equal. The sentence amendment guideline (750) reducing the (100-1) Crack - vs – Powder Cocaine to (18-1) apply to the statue 21:841 (A) (B) (C) and (D) drug sentence penalties . This being "stalled" in congress. Require the law of Lenity be applied to this case at bar.

7) The rule of Lenity, also apply to the block of career offenders sentence under U.S.S.G. §4B1.1 to get amendments 706, 750, and 782 sentence reductions. As §4B1.1 was ruled illegal and unconstitutional by Booker/Fanfan of the S.CT and "not" law. Just advice or a suggestion to follow or not. §4B1.1 is not a statue or mandatory. In view of all crack cocaine reductions. The statutes rule over §4B1.1. It must be legally ignored in this case at bar. In protection of this petitioner statutory and constitutional amendment rights.

8) Miscarriage of justice exist, to completely ignore, circumvent, change, rewrite stated clear instructions of law, statues, rules to follow as intended by the Supreme Court, the sentence commission and the statues, wrote by congress.

9) A question to be answered is this… "Would petitioner have got a lesser sentence (If) convicted of the same exact offense, today? The answer is 100% yes! He would not have gotten career offender (not enough drug amount), and as a non-career offender with no (100-1). But (18-1) Crack - vs – Powder Cocaine. His sentence would have been (0-8 years) and "not" the present life sentence. Older stringent punishments that are out of line with sentences imposed under today's law erode

people's confidence, trust, and faith in our criminal justice system.  The most fundamental of American ideas is equal protection under the law.

10) The President Clemency Program was activated to correct the paradox of old sentence time - vs- new law statues reductions. Hence the rule of lenity can legally exist in my sentence reduction to confound to new law penalties/punishments.

(4)

<u>ISSUES</u>

I.   PETITIONER IS "NOT" A CAREER OFFENDER UNDER §4B1.1. AS NO TITLE §21:851 PRIOR FELONY INFORMATION WAS FILED. LISTING THE TWO REQUIRED PRIORS NECESSARY LEGALLY TO INVOKE TWO PRIOR STRIKES.

- - AND - -

THE PRIOR USED TO INVOKE §4B1.1 CAREER OFFENDER STATUS (1972) IS TO OLD TO USE FOR FEDERAL ENHANCEMENT. FINALLY §4B1.1 WAS MADE UNCONSTITUTIONAL AND NOT MANDATORY, HENCE NON-LAW AND ADVISORY/SUGGESTION BY S.CT BOOKER/FANFAN DECEISION. IT "CANNOT" LEGALLY OVERRIDE THE STATUTE §21:851 DIRECTIONS OF LAW. §4B1.1 NON-LAW, "CANNOT" LEGALLY SUPERESEDE A STATUTE VOTED ON AND MADE LAW BY CONGRESS.

---

See Exhibit "H" Attached. Which is title §21:851 prior felony information statute the prosecutor on November 15, 1991 filed a title §21:851 (prior felony information) against petitioner. It only listed (1) prior.  See attached Exhibit "G" which is the title §21:851 filed in case at bar, filed by the prosecutor. [Note] the prosecutor <u>discretion invoked</u> was only to make petitioner a second drug offender and <u>not</u> a §4b1.1 career offender with two listed priors needed to statutorily allow U.S.S.G. §4B1.1 to control the sentence.  Look at exhibit "d" which is the U.S.S.G. §4B1.1 career offender chart two legally valid priors must exist to invoke §4B1.1 the probation department invoked the 1972 prior "<u>outside</u>" the statutory law of §21:851 prosecutor's discretion Right.  As noted §4b1.1 is <u>not</u> law or mandatory.  After the Supreme Court ruling of Booker/Fanfan making §4B1.1 unlawful and unconstitutional.  See Exhibit "Q" which is petitioners' original sentence minutes.  You will note the United States prosecutor, "told" the

sentence judge – My maximum legal sentence possible was (30) years under §21:841 (B) (I) (C) second drug offender maximum.  As filed for by §21:851 prior felony information invoked by the U.S. Attorney office and <u>not</u> the Probation Department use of a "too old" state prior to invoke federal enhancement. See Exhibit "K" which is <u>United States vs little</u> the federal statutes wasn't amended until 1984 to (include/invoke) state priors for federal enhancement under §21:841 drug penalties.  The conviction used by the probation department is dated 1972 (state conviction) twelve years "too old" to invoke the federal enhancement of a state prior.  When the federal amendment to the statue §21:841 was made in 1984.  See exhibit "o" which is hon Preska court order at page (2).  It state a 1972 state conviction was used –by the probation department to invoke §4b1.1 career offender status.  As noted 1) §4b1.1 is unconstitutional /unlawful now. Due to a supreme court ruling <u>Booker/Fanfan</u> 2) the Probation Department "cannot" supersede the U.S. attorney powers invoked and granted by congress (discretion) to file.  What priors they wished to enhance.

3) The 1972 state court conviction is:  (too old) to invoke §21:841 sentence enhancements.  The federal statute was <u>not</u> amended until 1984 to include state priors.

Legal conclusion:  hence petitioner legally "not" a career offender under US.S.G. §4b1.1 and amendments 706, 750, and 782 apply in full to reduce petitioner's sentence.

## II.   PETITIONER [OFFENSE STATUTORY MAXIMUM] IS (30) YEARS. IF HE IS A

### CAREER OFFENDER UNDER U.S.S.G. §4B1.1

Jurisdictional defect has occurred in this case at bar in legal error.  This court has ruled that

amendment 567 of the U.S.S.C. created by the Supreme Court in LaBonte in 1997.  "Change

nothing" and "mean nothing" in direct violation of clear stated law.  Petitioner was sentence in

1991.  The LaBonte decision came out in 1997. Eight years later, It (S.CT) stated the "confusion" of

what [offense statutory maximum] to use for all career offenders on the U.S.S.C. guideline

§4B1.1.  Sentence chart was 30 years maximum of 21:841 (B) (I) (C) For all second drug

offenders – and not 21:841(B) (I) (A).

ATTACHED AS EXHIBIT "L"

The LaBonte ruling (clearly/plain) is … the offense statutory maximum of all career offenders

convicted under §21:841 and made a career offender under U.S.S.C. §4B1.1 maximum sentence

is (30) years.  The U.S.S.C. created Amendment 567 in response to LaBonte (S.CT). Amendment

576 is retroactive thru amendment 506 which was retroactive, but replaced by Amendment 567.

Hence apply in full to this petitioner See Exhibit "M" which is Judge Preska 7/31/01 court

decision ruled in jurisdictional error that Amendment 567 change nothing and confuse the legal

reasoning of LaBonte and U.S.S.C.  Amendment 506 is mute in this case at bar except for its

retroactivity extending to Amendment 567 thru U.S.S.C. guideline §1B1.10 listing retroactivity.

Also See Exhibit "N" which is Judge Preska (fourth) (2009) §3582 denial order relying on her

(first) (2001) denial order ruled on in total error.  Now stating its "final." But a jurisdictional

[defect/sentence/conviction/error/question] can never be final or time/procedurally bar

adjudication on this §3582 motion (scc jurisdictional defective issue below).

U.S.S.C. Amendment 506 is attached as exhibit "e"

U.S.S.C. Amendment 567 is attached as exhibit "f"

<u>LaBonte</u> S.CT case cite 137l.ED 2d 100 1 (1997) is attached as Exhibit "L"

**III.**   **ISSUE #1 AND #2 ARE JURISDICTIONALLY DEFECTIVE ISSUES OF LAW AND AS SUCH CANNOT BE TIME OR PROCEDURALL BAR ADJUDICATION ON THIS TITLE §18:3582 (C) (2) SENTENCE REDUCTION MOTION.**

Any court ruling that does not have statutory or constitutional amendments support is jurisdictionary defective to enforce.ie.  The [courts/judge/prosecutor/probation department] did "not" have the statutory legal power "to do as it did," making non-law [law].  When such defects are in front of a court/judge they must be notice heard, adjudicated and legally corrected 100% on any writ, motion, or appeal, without a time or procedural bar.  As no one can create new law out of [thin air] and/or ignore stated plain exact law as rule·on by the S.CT or congress who write and vote on the statues.

**Issue #1 that the petitioner is "not" legally a career offender due to:**

1) No title §21:851 was filed for two priors invoking §21:841 enhancements under §21:841 enhancements under §4B1.1 U.S.S.G. LaBonte S.CT state at page 1008 #1 footnote. Title §21:851 is jurisdictional.  The sentence guidelines cannot overrule a statute. Especially in light of S.CT Booker/Fanfan ruling that U.S.S.C. guideline §4B1.1 is unconstitutional (unlawful).

2) The prosecutor told the sentence judge. The US. Attorney discretion was to evoke only (1) prior, using §21:851 for §21:841 (B) (I) (C). [second drug offender] (30) Year max sentence See Exhibit "I" – petitioner sentence minutes. The trial judge 100% ignored the prosecutor and sentenced petitioner to life in violation of law.  Petitioner has had illegal life sentence for (25) straight years and counting which is jurisdictionally ~~defasive~~ defective.

3) The 1972 state conviction was/is "too old" to use as a federal enhancement for title §21:841 drug penalties. When the federal statute <u>wasn't</u> amending *AMEND* until 1984 to include state priors for enhancements under §21:851:841.

4) Petitioner sentence maximum as a career offender under §21:851 and U.S.S.G. §4B1.1 career offender chart is (30 years). By S.CT law LaBonte and U.S.S.C. Amendment 567 (retroactive) thus his present life sentence is 100% illegal and a (jurisdictional defect). That must be head and corrected with no time or procedural bar, by any writ, motion, or appeal. Jurisdictional defects cannot be time or procedurally barred adjudication. They must be heard, noticed and [corrected] 100% on any writ, motion or appeal. As the (courts/judge/prosecutor/probation department). Did not have the statutory or the constitutional power to do what they did. This issue must be legally addressed and corrected without a time or procedural bar...

See: <u>Harris -vs - United States</u>, 149 F. 3d 1304 (11cir. 1998)

Jurisdictional defects are non-waive able and non-default able. They ae properly remedied, indeed must be remedied upon §2255/2241 review or a §18:3582 (c) (2) sentence reduction motion, due to a guideline change. See: <u>United States vs. Griffin</u>, 303 US. 226 229 S.CT 601, which states: "A jurisdictional defect is one that strips the court of its power to act and make it's judgment void because parties cannot acquiescence or agreements confer jurisdiction on a Federal Court, a jurisdictional defect cannot be waived or procedurally defaulted. Instead a judgment tainted by a jurisdictional defect must be reversed. Also see: <u>Steel Co. vs. Citizens for Better Environment</u>, 523 vs. 83, 89 (1998) S.CT and <u>Louisville and Nashville R. Co v Motley</u> 211 vs. 149 (1908). Finally dozens of S.CT ruling, court of appeals ruling for entire country to follow exist. Stating no entity can make up or change existing statutory law but congress. Hence issue #1 and

#2 are jurisdictional defect issues of law the present sentence/convictions of being 1) A career offender under U.S.S.C. guideline §4B1.1 is illegal and 2) The life sentence for being a career offender under amendment 567 and LaBonte S.CT law is illegal and must be vacated, and replaced with a (30) years max sentence as the law commands in S.CT LaBonte and the U.S.S.C. Amendment 567 the law stated in LaBonte and Amendment 567 is plain/clear/easy to follow legal reasoning and "shouldn't/cannot" be circumvented, changed, ignored by legal skuldruggy "organized confusion" written in a prior denial order of a district court judge in violation of statutory and constitutional rights, on a mass scale.

(11)

## IV. ACTUAL INNOCENCE SHOWING "CANNOT" BE TIME OR PROCEDURALLY BARRED ADJUSDICTION OF ISSUES #1 AND #2 ON THIS §3582 MOTION

A. In Lopez vs. Tran, 628 f3d 1228 (10th Cir. 2010), the court held that a sufficiently supported claim of actual innocence creates an exception to all procedural barriers and time bars.  For bringing constitutional claims including the time barriers erected by the AEDPA or the restrictions on a §3582 (C) (2) sentence reduction motion "must" fall under the above statutory and constitutional reasoning. To create an "actual innocence" showing the court held that the petitioner does not have to show he diligently pursued his claims, as I did for issues #1 and #2.  I have fought diligently "non-stop" for 25 straight years.  The Lopez/Tran court stated: "this is an extraordinary case, where a constitutional violation has probably resulted in the conviction of one who is actually innocent, a Federal Habeas court may grant the writ even in the absence of a showing of cause for procedural result.  Murray - vs – Carrier, 477 U.S. 478, 496 106 S.CT.

The above cases recognizes that a person should not have to serve a sentence for a crime, sentence enhancement, or time over a statutory sentence maximum because he cannot persuade a court that he acted with sufficient diligence in raising the claim of actual innocence.

B. (C.A. 2nd Cir.) Actual innocence as an exception to the time bar of the (ATEDA).  Has to also apply legally to §18:3582 motions procedural and jurisdiction bars for adjudication of issues.

(12)

<u>Rivas - vs – Fischer</u>, 687 F.3d 514 (2nd Cir. 2012) citing <u>House -vs- Bell</u> S.CT 547 U.S.518 538, 126 S.CT 2064 (2006)… Held that a colorable claim of actual innocence is an exception to the (AEDPA's) time bar

**Colorable** claim of actual innocence as an implied exception to the time limitations imposed by the (ADEPA's) See <u>Stocker -vs- Warden 2004</u> U.S. Dist. Lexis 5395 (EDDA, Giles, C.J.) held that a colorable claim of actual innocence cannot be time barred, or procedurally barred.  Also see:  <u>Munchinski - vs - Wilson</u>:  694 F. 3rd 308 (3rd Cir. 2012), hence petitioner being [actually innocence] of a life sentence legally and being adjudicated a career offender under U.S.S.G. §4b.1.1 lawfully incorrect.  makes him actual innocence of both a sentence and sentence enhancement which means no time or procedural bar can exist to adjudicate these issue on a title §3582 motion.

(13)

V.   **MISCARRIAE OF JUSTICE AND DENIAL OF CONSTITUTIONAL AMENDMENT**

**RIGHTS AND STAUTORARY PROTECTIONS IN CASE AT BAR**

See: <u>Schlup - vs – Delo</u>, 513 U.S. 317-21 327 115 S.CT 851 130 L. Ed 2d 808 1995), the

Supreme Court recognized the miscarriage of justice exception to permit a petitioner asserting a

claim of actual innocence to avoid a procedural bar to be notice, heard adjudicated on any writ at

any time.

(14)

## VI.   THE FAIR SENTENCE ACT, WHICH TOOK EFFECT ON AUGUST 3rd, 2010 REDUCED THE DISPARITY FROM (100-1 (TO) 18-1) LOWERING THE MANDATORY MINIMUMS APPLICABLE TO MANY CRACK OFFENDRS ~~OFFENDERS~~

This law is now [controversy/illegally bias/ambiguous and legal skullduggery warranting the use of the rule of lenity.  The congress control 100% the sentencing commission amendments.  The commission in amendment (750) reduced ~~forr~~ FROM (100-1) to (18-1) crack vs power cocaine 21:841 penalties and make it retroactive. But the statues mandatory minimum are FROZE of §21:841 resulting in a glancing paradox of totally unfair sentences.  if you're busted today and could get a life sentence as others did in past for the same exact drug amounts you're okay as new law in effect on drug amounts mandatory minimums of §21:841.  But not voted by congress to apply to U.S.S.C Amendment 750 new law. Resulting in tens of thousands suffering long jail sentences that has been reduced on the right hand of congress by the sentence commission but ignored by the left hand of congress who refuse to vote on equal rights of the new ratios of crack to apply to the statutes – mandatory minimums.

It is a catch 22 situation with three sets of laws for (1) one situation legally of same drug amounts (past) (present) (future)

1. If you get a reduction under retro amendment 750 you can't get a lower mandatory minimum.  If drug amounts newly assign apply to you, as statutes, not in tune with U.S.S.G.

   Laws … [present] …

2. If you were in pipeline awaiting sentence on a drug charge you can get the mandatory reduction … [future] … limited application…

(15)

3. If you got sentence, before august 3, 2010 "too bad" congress has stall voting on equal

   protections of law… [Past] …


The above show legally, combine with next issued the rule of lenity should be invoked in this

case at bar and U.S.S.G. §4B1.1 shouldn't be followed in the interest of justice and fair play.

SEE EXHIBIT "O" §4B1.1 UNCONSTITIONAL AND NON-LAW

(16)

## VII.   THE EFFECT OF AMENDMENTS 706, 711, 750, AND 782 AS APPLIED TO THIS

##    PETITIONER, AS A NON CAREER OFFENDER

As a non-career offender under amendment 706 my 20 year max will be ~~educed~~ Reduced two levels under amendment 750 (100-1) to (18-1).  My sentence would be reduced 85% under amendment 782.  I would get another two level reduction.  In total 20 years reduce (3) times would result in a 10 years sentence.  Lower if congress votes on the fair sentence acts applying to mandatory minimums.

## VIII.   U.S.S.C. GUIDELINE §4B1.1 CAREER OFFENDER LEVEL IS "NOT" AUTOMATIC LIFE, IT IS [360-LIFE]

Look at exhibit "d" - §4b1.1 career offender chart at "a" = life. Then I refer you to the months in prison chart.  This is attached as exhibit "p"... [Note] §4b1.1 chart "a" – life is equal to offense level 37 on the sentence in months chart.  Level 37 on the sentence in months chart level 37 = 360 to life not automatic life as a career offender.  The trial court treated §4B1.1 as a three strikes law; the same as title §21:841 mandatory life for three drug crimes in a row.  This was a jurisdictional defective sentence. All career offenders do not get automatic life under §4B1.1 as was done in this car at bar the trial judge sentence me to life.  When 30 years told TO THE SENTENCE JUDGE is my max sentence by the prosecutor at my sentencing, and then amendment 567 states the same thing, and the S.CT in LaBonte.  No life sentence exist legally for career offenders under §4b1.1 my sentence maximum was/is (30) years.  If found to be a career offender.

### CONCLUSION

1) Petitioner issues [#1 and #2] submitted are

   a) Jurisdictionally defective

   b) Actual innocence shown

   c) Miscarriage of justice

   Requiring legally that they "cannot" be on this title §18:3582 submission restrictions to hear, And adjudicate the two issues cannot be had for a [conviction/sentence] based on [non-law].  The conviction was for a career offender (illegal) the sentence of life (illegal).  Both jurisdictional defects the court didn't have statutory or constitutional power to invent or create new law on its own whim or ignore statutory law.

2) Petitioner is a non-career offender under U.S.S.C guideline §4b1.1, hence amendments 706, 711, 750, 782, apply to him in full legal force

3) If petitioner "were" a career offender under U.S.S.C. guideline §4b1.1 his maximum sentence would be (30) years not life.  under LaBonte S.CT and U.S.S.C amendment 567 retro thru amendment 506 which is listed in §1b1.10

4) Petitioner sentence should be reduce to 27 years and (6 years supervise release) if a career offender under §4b1.1 21:841 (b)(1)(c)

- (and/or) -

A 20 year max, if a non-career offender with supervise release reduced to (6) years 21:841 (b) (1) (c). With the stipulation of getting off supervise release after (1) year of the (6 years) served unrevoked.  Due time served over his max sentence in the interest of justice and fair play.  Johnson S.CT (2000): stated supervise release "cannot" be reduced for over max time served.  As supervise release – do not begin until after release from prison.  But petitioner was sentence in 1991. Nine years prior to Johnson S.CT


The ex post facto clause stop harsher punishment of a new law to be applied retroactive prior to Johnson S.CT you could get time served over a sentence maximum.  Credit to your supervise release.

 I should be given "0" supervise release for serving more than a decade over my release date for 20 years.

Respectfully Submitted

*Bernard Barnett*

**BERNARD BARNETT (PRO SE)**

**DATED:**  APRIL 8, 2015

(19)

## **EXHIBITS**

A) Progress Report 3/18/2014

B)  Medical Records of Petitioner

C) Executive Presidential Clemency (Pending) Since April 2013

D) United States Sentence Guideline §4B1.1 "Career Offender"

E) United States Sentence Guideline Amendment 506 "Retroactive" (1994)

F)  United States Sentence Guideline Amendment 567 "Retroactive" (1997)

G) Title §21:851 Filed by Prosecutor in case at bar (1991)

H) Title §21:851 (Prior Felony Information) Statue

I) Petitioner Sentence Minutes (1992)

J) Trial Indictment (1990)

K) United States - vs - Richard Little (Mass. (D.C.) 2002 Lexis 11943 (Civil# 01-40077-RWZ) (2002)

L) United States - vs - LaBonte (S.CT) 137 L. Ed 2d 1001 (1997)

M) Judge; Loretta Preska (First) §18:3582 denial order (July 31, 2001) D.C.

N) Judge; Loretta Preska (Fourth) §18:3582 denial order (March 4, 2009) D.C.

O) Judge; Loretta Preska (District Court) denial order "Career Offender" (July 19, 2010)

P) Months in Prison Chart

Q) United States - vs- Coffey 395F.3d 856 (8th Circuit) 2005 (C.A.)

(20)

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## Progress Report: 03-18-2014



| | | | |
|---|---|---|---|
| **Name:** | BARNETT, BERNARD | **Institution:** | CANAAN USP |
| **Register Number:** | 04941-054 | | PO BOX 400 |
| **Security/Custody:** | HIGH/IN | | WAYMART, PA 18472 |
| **Projected Release:** | / LIFE | **Telephone:** | (570) 488-8000 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 08-30-2014 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 09-13-2014 | **FBI Number:** | 285960J4 |
| **Age/DOB/Sex:** | 60 / 09-02-1953 / M | **SSN:** | 075444216 |
| **CIM Status:** | Y | **DCDC Number:** | |
| | If yes, reconciled: Y | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Barbra Barnett, Cousin<br>201 W. 120 STREET APT # 5C<br>NEW YORK, NY 10029 | **Release Employer:** | [Name]<br>[Address]<br>[POC] |
| **Telephone:** | (212) 222-0644 | **Contact**<br>**Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Barbara Barnett, Cousin<br>201 W. 120 St #5C<br>New York, NY 10029 | **Secondary Emergency**<br>**Contact:** | Bernard Bernett, Jr., Son<br>3 James Ct<br>Englewood, NJ 07631 |
| **Telephone:** | (212) 222-0644 | **Telephone:** | (917) 709-0193 |

**Mentor Information:**

| | |
|---|---|
| **Offenses/Violator Offenses:** | CONSPIRACY DISTRIBUTE HEROIN / DISTRIBUTION OF CRACK / DISTRIBUTION HEROIN /<br>POSSESSION OF FIREARM & AFFECTING INTERSTATE COMMERCE / MAINTAINING A PLACE<br>FOR PURPOSE TO MANUFACTURE HEROIN & CRACK / |
| **Sentence/Supervision:** | Life / 10 Years - 3559 SRA SENTENCE |

| Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status |
|---|---|---|---|---|
| 08-13-1992 | 259 Months 5 Days /<br>610 Days / 0 Days | 0 / 0 / 0 | 0 / 0 / 0 | **Parole Information<br>not applicable** |

**Detainers:** N
**Pending Charges:** None known

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| | | | | FINANC<br>RESP-COMPLETED |

| | | | | |
|---|---|---|---|---|
| **Financial Plan<br>Active:** | N | **Comm Dep-6 mos:**<br>**Commissary** | $2177.09 | **Cost of Incarceration**<br>**Fee:** [Choices] |
| **Financial Plan Date:** [Date] | | **Balance:** | $42.96 | |

**Payments**

| | |
|---|---|
| **Commensurate:** | Y |
| **Missed:** | N |

**Judicial Recommendations:** N/A / N/A / N/A

| | |
|---|---|
| **Special Conditions of**<br>**Supervision:** | Standard Conditions Apply. |

| | | | |
|---|---|---|---|
| **USPO**<br>**Sentencing:** | Michael Fitzpatrick, Chief<br>New York Southern Probation Office<br>Daniel Patrick Moynihan United States Courthouse | **USPO**<br>**Relocation:** | [POC]<br>[District]<br>[Street Address/Suite] |

Department of Justice
Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN
## PROGRESS REPORT: 03-18-2014

| | | |
|---|---|---|
| | 500 Pearl Street Room<br>New York, NY 10007-1312 | *[City], [State] [Zip]* |
| **Phone/Fax:** | 212-805-0040 / 212-805-0047 | **Phone/Fax:** *[Phone] / [Fax]* |

| | | | |
|---|---|---|---|
| **Subject to 18 U.S.C. 4042(B) Notification:** | Y | **DNA Required:** | Y - *[Date]* |
| • Past conviction for a crime of violence (state and federal) | | **Subject to Sex Offender Notifications:** | N |
| • Conviction for a drug trafficking crime (federal) | | **Treaty Transfer Case:** | *[Y,N]* |

**Profile Comments:**

### EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| CAA | ESL HAS | ENGLISH PROFICIENT | 01-25-1993 | CURRENT |
| CAA | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-01-1991 | CURRENT |

### COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| NUTRITION | 12-03-2013 | 20 |
| NUTRITION | 08-28-2013 | 20 |
| CDL PREPARATION CLASS. | 09-30-2009 | 10 |
| RPP5 RPP ORIENTATION | 09-10-2008 | 1 |

### HIGH TEST SCORES

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| Inmate has no score history items in this area | | | | | | |

### WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| CAA | C1 ORD PM | C1 UNIT ORDERLY | 04-22-2013 | CURRENT |

### WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| CAA | USP UNASSG | USP UNASSIGNED | 04-04-2013 | 04-22-2013 |
| CAA | C1 ORD PM | C1 UNIT ORDERLY | 04-13-2009 | 02-28-2013 |
| CAA | USP W A&O | USP W A&O | 03-30-2009 | 04-09-2009 |
| CAA | USP UNASSG | USP UNASSIGNED | 03-26-2009 | 03-30-2009 |
| LEE | U E ORD AM | E UNIT ORDERLY AM | 10-09-2008 | 03-23-2009 |
| LEE | UNICOR 3 | UNICOR 3 | 09-30-2008 | 10-09-2008 |
| LEE | MED CONVAL | MEDICAL CONVALENCE | 07-23-2008 | 09-30-2008 |
| LEE | UNICOR 3 | UNICOR 3 | 05-13-2008 | 07-23-2008 |
| LEE | UNICOR 4 | UNICOR 4 | 07-13-2007 | 05-13-2008 |
| LEE | UNICOR 3 | UNICOR 3 | 06-28-2007 | 07-13-2007 |

Name: **BARNETT, BERNARD**                                            RegNo: **04941-054**

| LEE | UNICOR 7 | UNICOR 7 | 03-07-2007 | 06-28-2007 |
|-----|----------|----------|------------|------------|
| LEE | UNICOR 8 | UNICOR | 12-15-2006 | 03-07-2007 |
| LEE | UNICOR 5 | UNICOR 5 | 07-03-2006 | 12-15-2006 |
| LEE | UNICOR 4 | UNICOR 4 | 03-24-2006 | 07-03-2006 |
| LEE | 2 DAY IDLE | 2 DAY IDLE | 03-21-2006 | 03-24-2006 |
| LEE | UNICOR 4 | UNICOR 4 | 03-13-2006 | 03-21-2006 |
| LEE | UNICOR 5 | UNICOR 5 | 03-10-2006 | 03-13-2006 |
| LEE | UNICOR 6 | UNICOR 6 | 12-16-2005 | 03-10-2006 |
| LEE | UNICOR 4 | UNICOR 4 | 09-21-2005 | 12-16-2005 |
| LEE | WEST COR P | WEST CORRIDOR PM | 05-07-2005 | 09-21-2005 |
| LEE | WEST COR A | WEST CORRIDOR AM | 05-06-2005 | 05-07-2005 |
| LEE | UNICOR 3 | UNICOR 3 | 04-13-2005 | 05-06-2005 |
| LEE | PM REC PAS | USP PM RECREATION - PASSIVE | 04-12-2005 | 04-13-2005 |
| LEE | SHU AD | SHU UNASSIGNED AD | 02-12-2005 | 04-11-2005 |
| LEE | UNICOR 3 | UNICOR 3 | 10-15-2004 | 02-12-2005 |
| LEE | UNICOR 4 | UNICOR 4 | 06-16-2004 | 10-15-2004 |
| LEE | UNICOR 5 | UNICOR 5 | 04-28-2004 | 06-16-2004 |
| LEE | UNICOR 7 | UNICOR 7 | 04-25-2004 | 04-28-2004 |
| LEE | U E ORD PM | E UNIT ORDERLY PM | 01-09-2004 | 04-25-2004 |
| ATL | LABOR 1 AM | LABOR 1 AM ORDERLIES | 02-26-2003 | 01-06-2004 |
| ATL | PENDING FS | WAITING ON MEDICAL FOR FS WORK | 01-28-2003 | 05-05-2003 |
| MAR | CAB2 | CABLE 2 MARK LIVESAY, PRD SUPR | 11-01-2001 | 01-21-2003 |
| | | Gap(s) in employment during assignment: 56, 1007 days | | |
| ALP | UNICOR 2 | UNICOR 2 | 01-07-1998 | 01-29-1999 |
| ALP | U VACATION | VACATION | 12-29-1997 | 01-07-1998 |
| ALP | UNICOR 2 | UNICOR 2 | 12-25-1997 | 12-29-1997 |
| ALP | U VACATION | VACATION | 12-24-1997 | 12-25-1997 |
| ALP | UNICOR 2 | UNICOR 2 | 03-03-1997 | 12-24-1997 |
| ALP | UNICOR 7 | UNICOR 7 | 01-01-1997 | 03-03-1997 |
| ALP | U VACATION | VACATION | 12-31-1996 | 01-01-1997 |
| ALP | UNICOR 7 | UNICOR 7 | 07-10-1996 | 12-31-1996 |
| ALP | U VACATION | VACATION | 07-08-1996 | 07-10-1996 |
| ALP | UNICOR 7 | UNICOR 7 | 02-26-1996 | 07-08-1996 |
| ALP | UNICOR 2 | UNICOR 2 | 10-17-1995 | 02-26-1996 |

Department of Justice
Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN
## PROGRESS REPORT: 03-18-2014

| | | | | |
|---|---|---|---|---|
| ALP | U VACATION | VACATION | 10-16-1995 | 10-17-1995 |
| ALP | UNICOR 2 | UNICOR 2 | 05-22-1995 | 10-16-1995 |
| ALP | UNICOR 6 | UNICOR 6 | 04-10-1995 | 05-22-1995 |
| ALP | UNICOR 3 | UNICOR 3 | 03-27-1995 | 04-10-1995 |
| ALP | UNICOR 6 | UNICOR 6 | 01-07-1995 | 03-27-1995 |
| ALP | U VACATION | VACATION | 01-03-1995 | 01-07-1995 |
| ALP | UNICOR 6 | UNICOR 6 | 09-07-1994 | 01-03-1995 |
| ALP | U VACATION | VACATION | 09-01-1994 | 09-07-1994 |
| ALP | UNICOR 6 | UNICOR 6 | 05-25-1994 | 09-01-1994 |
| ALP | UNICOR GEN | UNICOR | 05-23-1994 | 05-25-1994 |
| ALP | FS DR PM | FOOD SERVICE-DINING PM | 04-16-1994 | 05-23-1994 |
| ALP | U A&O | A&O UNIT | 04-12-1994 | 04-16-1994 |
| LVN | TEXT 3 | TEXTILE 3RD FLOOR | 10-10-1993 | 04-11-1994 |
| LVN | PRINT C | PRINT EARLY SHIFT 11:30-8:00AM | 09-08-1993 | 10-10-1993 |
| LVN | PRINT A | PRINT DAY SHIFT 7:30-4:00 | 07-15-1993 | 09-08-1993 |
| LVN | IND MAINT | INDUSTRIES MAINTENENCE | 06-21-1993 | 07-15-1993 |
| LVN | FS DINING | FOOD SERVICE DINING ROOM | 04-02-1993 | 06-21-1993 |
| LVN | FOOD | FOOD SERVICE | 03-31-1993 | 04-02-1993 |
| LVN | BCHU UTIL | UTILITY TEMPORARY ASSIGNMENT | 02-17-1993 | 03-31-1993 |
| LVN | A/O UNASSG | A & O UNASSIGNED | 01-21-1993 | 02-17-1993 |
| | | Gap(s) in employment between assignments: 161 days | | |
| OTV | EDUC | EDUCATION WORKER | 04-02-1992 | 08-13-1992 |

## DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|
| DHO | 03-11-2013 | 2415339 | 104 - POSSESSING A DANGEROUS WEAPON | DIS GCT / 40 DAYS / CS<br>COMP: 20   LAW: S<br><br>LP EMAIL / 9 MONTHS / CS<br>COMP:   LAW: TO DETER FURTHER BEHAVIOR<br><br>LP COMM / 8 MONTHS / CS<br>COMP:   LAW: EXPIRES 11/11/2013<br><br>IMPOUND / 1 MONTHS / CS<br>COMP:   LAW: EXCLUDING RELIGIOUS AND LEGAL MATERIAL<br><br>DS / 30 DAYS / CS<br>COMP:   LAW: 1 MONTH PER 5270.09 EXPIRES 4/11/2013<br><br>MON FINE / 300 DOLLARS / CS<br>COMP:   LAW: TO DETER FURTHER BEHAVIOR<br><br>LP VISIT / 8 MONTHS / CS<br>COMP:   LAW: EXPIRES 11/11/2013<br><br>LP PHONE / 9 MONTHS / CS<br>COMP:   LAW: TO DETER FURTHER BEHAVIOR |
| UDC | 02-21-2013 | 2412146 | 321 - INTERFERING WITH | LP COMM / 15 DAYS / CS<br>COMP:   LAW: TO DETER FUTURE BEHAVIOR |

Name: **BARNETT, BERNARD**                                                   RegNo: **04941-054**

| | | | TAKING COUNT | |
|---|---|---|---|---|
| DHO | 08-11-2009 | 1898342 | 297 - PHONE ABUSE-DISRUPT MONITORING | LP PHONE / 3 MONTHS / CS<br>COMP:   LAW: TO DETER FURTHER BEHAVIOR & PROMOTE COMPLIANCE LAW: W/ RULES AND REGS REGARDING I/M TELEPHONE USE<br><br>LP PHONE / 3 MONTHS / CS<br>COMP:   LAW: TO DETER FURTHER BEAHVIOR (EXPIRES 11/11/2009)<br><br>DS / 15 DAYS / CS<br>COMP:   LAW: TO DETER FURTHER BEHAVIOR<br><br>DIS GCT / 27 DAYS / CS<br>COMP: 20   LAW: S |
| DHO | 04-08-2005 | 1311454 | 224 - ASSAULTING W/O SERIOUS INJURY | DS / 30 DAYS / CS<br>COMP:   LAW:<br><br>DIS GCT / 27 DAYS / CS<br>COMP: 20   LAW: S |
| DHO | 06-23-1999 | 685903 | 111 - INTRODUCTION DRUGS/ALCOHOL | LP VISIT / 720 DAYS / CS<br>COMP:   LAW: THROUGH 06-22-01<br><br>LP PHONE / 180 DAYS / CS<br>COMP:   LAW: THROUGH 12-22-99<br><br>DS / 60 DAYS / CS<br>COMP:<br><br>DIS GCT / 40 DAYS / CS<br>COMP: 20   LAW: S<br><br>TRANSFER / 0 / CS<br>COMP: |
| UDC | 02-11-1997 | 470709 | 406 - USING PHONE OR MAIL W/O AUTH | REPRIMAND / 0 / CS<br>COMP: |
| UDC | 04-09-1996 | 395814 | 408 - CONDUCTING A BUSINESS W/O AUTH | LOSE PRIV / 90 DAYS / CS<br>COMP:   LAW: 90 DAYS LOSS OF VISITING PRIVILEGES. |
| UDC | 02-13-1996 | 383104 | 408 - CONDUCTING A BUSINESS W/O AUTH | LOSE PRIV / 1 YEARS / CS<br>COMP:   LAW: LOSS OF SINGLE CELL |
| UDC | 02-21-1995 | 293722 | 407 - VIOLATING VISITING REGULATIONS | LOSE PRIV / 45 DAYS / CS<br>COMP:   LAW: 45 DAYS LOSS OF VISITING. |

## MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| CAA | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-12-2011 | CURRENT |

## MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| CAA | DESIGNATED, AT ASSIGNED FACIL | 06-17-2011 | 09-12-2011 |
| CAA | *MULTIPLE TRIPS IN/OUT OF CAA | 05-27-2011 | 06-17-2011 |
| LEE | DESIGNATED, AT ASSIGNED FACIL | 03-02-2009 | 03-23-2009 |
| LEE | *MULTIPLE TRIPS IN/OUT OF LEE | 02-11-2009 | 02-17-2009 |
| ATL | DESIGNATED, AT ASSIGNED FACIL | 01-27-2003 | 01-06-2004 |
| MAR | DESIGNATED, AT ASSIGNED FACIL | 07-29-2002 | 01-21-2003 |
| MAR | *MULTIPLE TRIPS IN/OUT OF MAR | 03-18-2002 | 07-08-2002 |
| ALP | DESIGNATED, AT ASSIGNED FACIL | 04-12-1994 | 12-09-1999 |
| LVN | DESIGNATED, AT ASSIGNED FACIL | 01-15-1993 | 04-11-1994 |

Department of Justice

# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons

## PROGRESS REPORT: 03-18-2014

| NYM | PRE-SENTENCE ADMISSION | 08-13-1992 | 08-13-1992 |
|---|---|---|---|

### CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| CAA | RPP NEEDS | RELEASE PREP PGM NEEDS | 12-01-2031 | CURRENT |
| CAA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 05-06-2015 | CURRENT |
| CAA | V94 PV | V94 PAST VIOLENCE | 11-25-2002 | CURRENT |
| CAA | V94 CDB913 | V94 CURR DRG TRAF BEFORE 91394 | 05-18-1996 | CURRENT |

### MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| CAA | LOWER BUNK | LOWER BUNK REQUIRED | 10-14-1999 | CURRENT |
| CAA | REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 04-26-1994 | CURRENT |
| CAA | YES F/S | CLEARED FOR FOOD SERVICE | 03-08-1993 | CURRENT |
| CAA | WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 02-11-1993 | CURRENT |
| CAA | STAND RSTR | NO PROLONGED STANDING | 02-11-1993 | CURRENT |
| CAA | NO DRIVING | NO DRIVING-MEDICAL CONDITION | 02-11-1993 | CURRENT |
| CAA | HEAR RESTR | NO WORK IN HIGH NOISE AREAS | 02-11-1993 | CURRENT |

Name: **BARNETT, BERNARD**

RegNo: **04941-054**

## ACADEMIC

| Status | Response Summary |
|---|---|
| ✓ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>ⓘ has NOT attended special education classes |
| ✓ | **LITERACY**<br>⊕ GED obtained<br>ⓘ not obtained through BOP |
| ✓ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ❗ | **COMPUTER SKILLS**<br>⊖ lacks keyboarding skills<br>⊖ lacks word processing skills<br>⊖ lacks internet navigation skills |

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 03-18-2014**

## ACADEMIC

| Progress and Goals |
|---|

PREVIOUS TEAM: 20090408

Contact Education for an interview: GED HAS: Recommend enroll in ACE and Computer classes by October 8, 2009.

PREVIOUS TEAM: 20090930

Enroll in a pc literacy related ACE class by 03/28/2010.

Contact Education for an interview: GED HAS: Recommend enroll in ACE and Computer classes by 03-2010.

PREVIOUS TEAM: 20100323


PREVIOUS TEAM: 20100921


PREVIOUS TEAM: 20110322

Recommend inmate enroll and complete a computer literacy related ACE class by 9/22/2011.

no enrollments since 2009.

PREVIOUS TEAM: 20110925

Previous goal not complete. Recommend inmate enroll and complete a computer literacy related ACE class by 3/20/2012.

PREVIOUS TEAM: 20120320

no enrollments since 2009.

PREVIOUS TEAM: 20120918

Previous goal not completed. Short Term Goal- Recommend inmate enroll and complete a computer literacy related ACE class by 12/18/2012. Long Term Goal- Recommend inmate enroll and complete a secondary education class if possible.

Short Term Goal- Recommend inmate enroll and complete a computer literacy related ACE class by 9/20/2012. Long Term Goal- Recommend inmate enroll and complete a secondary education class if possible.

PREVIOUS TEAM: 20130410

no enrollments in over 3 years.   Short Term Goal- Recommend inmate enroll and complete a computer literacy related ACE class by 09/2013.  Long Term Goal- Recommend inmate enroll and complete a secondary education class if possible, by 03-2014.

PREVIOUS TEAM: 20130917

Progress since last team-  Previous goal not complete, as inmate has not enrolled in recommended course.
Short term goal- Immediately enroll in and complete a computer literacy related ACE class by next review.
Long term goal- Complete post-secondary education classes by release.

PREVIOUS TEAM: 20140313

Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.
Short term goal- Immediately enroll in and complete a computer literacy related ACE class by next review.
Long term goal- Complete post-secondary education classes by release.

Name: **BARNETT, BERNARD**                                                                RegNo: **04941-054**

## VOCATIONAL/CAREER

| Status | Response Summary |
|---|---|
| ✓ | **EMPLOYMENT HISTORY**<br>ⓘ employed at time of arrest<br>⊕ consistent employment history within 5 years prior to incarceration |
| ❗ | **CAREER DEVELOPMENT**<br>⊕ possesses significant expertise in field<br>ⓘ Other, specify.... Self-employed selling jewelry from 1989 to 1992. Before that, employed by a maintenance company.<br><br>⊖ no realistic career/job goals upon release |
| ❗ | **INSTITUTION WORK HISTORY**<br>⊖ has no consistent institution work history<br>    Eval: 06-01-2013 Satisfactory<br>    Eval: 05-01-2013 Satisfactory<br>    Eval: 04-01-2013 Satisfactory<br>    Eval: None<br>    Eval: None<br>    Eval: None<br>ⓘ other: Only three evals in file for specified period. |
| ❗ | **POST INCARCERATION EMPLOYMENT**<br>⊖ post-incarceration employment not secured<br>ⓘ other: life sentence<br><br>⊖ no release documents obtained to date |

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN
Federal Bureau of Prisons
## PROGRESS REPORT: 03-18-2014

## VOCATIONAL/CAREER

| Progress and Goals |
|---|

PREVIOUS TEAM: 20090408

Recommend enroll in VT classes by October 8, 2009.

He should enroll in a job vocational training program in case his sentence is ever reduced, enroll by 10-2009.

PREVIOUS TEAM: 20090930

enroll in a vt program by 03/28/2010.

Recommend enroll in VT classes by October 8, 2009.

He should enroll in a job vocational training program in case his sentence is ever reduced, enroll by 03-2010.

PREVIOUS TEAM: 20100323

no enrollments since 09-2009.

PREVIOUS TEAM: 20100921


PREVIOUS TEAM: 20110322

Recommend inmate enroll and complete either the VT Appliance repair Program or the Culinary Arts Program by 9/22/2011.

enroll vt program by 09-2011.

PREVIOUS TEAM: 20110925

Previous goal not complete. Recommend inmate enroll and complete either the VT Appliance repair Program or the Culinary Arts Program by 3/20/2012.

PREVIOUS TEAM: 20120320


PREVIOUS TEAM: 20120918

Short Term Goal- Recommend inmate enroll and complete either the VT Culinary or Appliance Repair program by 3/18/2013. Long Term Goal- Recommend inmate enroll and complete a vocational HVAC or Electrical training.

Short Term Goal- Recommend inmate enroll and complete either the VT Culinary or Appliance Repair program by 9/20/2012. Long Term Goal- Recommend inmate enroll and complete a vocational HVAC or Electrical training.

PREVIOUS TEAM: 20130410

no enrollments in over 3 years.   Short Term Goal- Recommend inmate enroll and complete either the VT Culinary or Appliance Repair program by 9/2013.  Long Term Goal- Recommend inmate enroll and complete a vocational HVAC or Electrical training by 03-2014.

PREVIOUS TEAM: 20130917

Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course. Short term goal- Immediately enroll in and complete 260 hours in the VT Culinary Arts program by next review. Long term goal- Complete the VT Culinary Arts program by September 2014.

PREVIOUS TEAM: 20140313

Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course. Short term goal- Immediately enroll in and complete 260 hours in the VT Culinary Arts program by next review. Long term goal- Complete the VT Culinary Arts program by March 2015.

Name: **BARNETT, BERNARD**                                                   RegNo: **04941-054**

## INTERPERSONAL

| Status | Response Summary |
|---|---|
| ⓘ | **RELATIONSHIPS** |
| | ⊖ other: unknown |
| | ⊖ negative peer influences prior to incarceration |
| | ⓘ criminal associates |
| | ⓘ substance abuser associates |
| ✓ | **FAMILY TIES/SUPPORT SYSTEM** |
| | ⊕ consistent social support available |
| |     Spouse: Financial |
| |     Spouse: Emotional |
| |     Spouse: General |
| |     Immediate Family: Financial |
| |     Immediate Family: Emotional |
| |     Immediate Family: General |
| |     Relative: Financial |
| |     Relative: Emotional |
| |     Relative: General |
| ⊘ | **PARENTAL RESPONSIBILITY** |
| | ⓘ no children under the age of 21 |
| | ⓘ no children under the age of 21 financially responsible for |
| | ⓘ RRC (MINT) Placement is not applicable |
| ✓ | **COMMUNICATION** |
| | ⊕ displays good communication skills |

Department of Justice
Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN

## PROGRESS REPORT: 03-18-2014

### INTERPERSONAL

| Progress and Goals |
|---|
| **PREVIOUS TEAM: 20090408**<br><br>Maintain ties with adult children, wife, family, and friends.  continuous.<br><br>**PREVIOUS TEAM: 20090930**<br><br>Maintain ties with adult children, wife, family, and friends. continuous.<br><br>**PREVIOUS TEAM: 20100323**<br><br>Maintain ties with adult children, wife, family, and friends. continuous.<br><br>**PREVIOUS TEAM: 20100921**<br><br><br>**PREVIOUS TEAM: 20110322**<br><br>Communicate with staff and unit team. Enroll in a counseling group that relates to any adverse life experiences and complete within six months. Maintain or reestablish relationship with family and/or friends. Communicate with family weekly. Participate and complete a class within six months. Enroll in the 40 Hour Drug Program and participate when eligible.<br><br>**PREVIOUS TEAM: 20110925**<br><br>Communicate with staff and unit team. Enroll in a counseling group that relates to any adverse life experiences and complete within six months. Maintain or reestablish relationship with family and/or friends. Communicate with family weekly. Participate and complete a class within six months or 03-2012. Enroll in the 40 Hour Drug Program and participate when eligible.<br><br>**PREVIOUS TEAM: 20120320**<br><br>Short term: Complete victim impact group by next review.<br>Long term: Enroll in and participate in victim impact panel within next 2-3 years<br><br>**PREVIOUS TEAM: 20120918**<br><br>no enrollments since 2009.<br><br>Short term: Complete victim impact group by next review.<br>Long term: Enroll in and participate in victim impact panel within next 2-3 years<br><br>**PREVIOUS TEAM: 20130410**<br><br>no enrollments in over 3 years.  Short term: Complete victim impact group by next review, or 09-2013.<br>Long term: Enroll in and participate in victim impact panel by 03-2014.<br><br>**PREVIOUS TEAM: 20130917**<br><br>Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.<br>Short term goal- Immediately enroll in and complete the Life Skills program by next review.<br>Long term goal- Enroll in and complete the Victim Impact Group by September 2014.<br><br>**PREVIOUS TEAM: 20140313**<br><br>Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.<br>Short term goal- Immediately enroll in and complete the Life Skills program by next review.<br>Long term goal- Enroll in and complete the Victim Impact Group by March 2015. |

Name: **BARNETT, BERNARD**

RegNo: **04941-054**

## WELLNESS

| Status | Response Summary |
|---|---|
| ⊘ | **HEALTH PROMO/DISEASE PREVENT**<br>⊖ overweight<br>ⓘ height 6 ft. 0 in.<br>ⓘ weight (lbs) 218<br>ⓘ BMI Score 29.6<br>ⓘ date calculated 05-17-2011<br><br>⊖ no regular exercise<br><br>⊕ no evidence of behaviors associated with increased risk of infectious disease<br><br>⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)<br><br>⊖ did not have a primary care provider or clinic (prior to incarceration)<br>⊖ does not have health insurance coverage upon release |
| ✓ | **DISEASE/ILLNESS MANAGEMENT**<br>⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required<br><br>⊕ healthy - No current health concerns<br>⊕ no dental problems<br>⊕ no non-routine services/assistance devices needed |
| ✓ | **TRANSITIONAL PLAN**<br>⊕ does not require medication upon release from custody<br>⊕ does not require on-going treatment or follow-up after release from custody<br>ⓘ TB Clearance Complete - See Exit Summary<br>ⓘ RRC placement is not applicable |
| ⊘ | **GOVERNMENT ASSISTANCE**<br>ⓘ has not previously received Social Security assistance<br>ⓘ inmate indicates he/she may not be eligible for Social Security assistance after release<br><br>ⓘ has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard<br>ⓘ spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 03-18-2014**

**WELLNESS**

| Progress and Goals |
|---|
| PREVIOUS TEAM: 20090408 |
| Recommend enroll in wellness classes by October 8, 2009. |
| PREVIOUS TEAM: 20090930 |
| PREVIOUS TEAM: 20100323 |
| PREVIOUS TEAM: 20100921 |
| PREVIOUS TEAM: 20110322 |
| PREVIOUS TEAM: 20110925 |
| PREVIOUS TEAM: 20120320 |
| PREVIOUS TEAM: 20120918 |
| PREVIOUS TEAM: 20130410 |
| no enrollments in over 3 years.   Short term goal - Immediately enroll in one outdoor recreational activity during summer months to maintain fitness while incarcerated, by 09-2013.  Long term goal - Learn methods to keeping physical fitness in check, by 03-2014. |
| PREVIOUS TEAM: 20130917 |
| Progress since last team- Previous goal complete, as inmate has enrolled in a nutrition course. Short term goal- Immediately enroll in and complete Maintaining Your Health course by next review. Long term goal- Participate in the annual Health Fair by September 2014. |
| PREVIOUS TEAM: 20140313 |
| Progress since last team- Previous goal complete, as inmate has enrolled in a nutrition course. Short term goal- Immediately enroll in and complete Maintaining Your Health course by next review. Long term goal- Participate in the annual Health Fair by September 2014. |

Name: **BARNETT, BERNARD**                                              RegNo: **04941-054**

## MENTAL HEALTH

| Status | Response Summary |
|---|---|
| **!** | **SUBSTANCE ABUSE MANAGEMENT** |
| | ⊖ evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest |
| | heroin: Weekly |
| | ⊖ no history of substance abuse treatment |
| | ① not currently participating in substance abuse treatment |
| **✔** | **MENTAL ILLNESS MANAGEMENT** |
| | ⊕ no history of mental health diagnosis prior to incarceration |
| | ⊕ no mental health diagnosis during incarceration |
| | ⊕ no history of serious suicidal ideation or attempts |
| **✔** | **TRANSITIONAL PLAN** |
| | ⊕ no medication required upon release from custody |
| | ⊕ does not require on-going treatment after release from custody |
| | ⊕ psychology services recommends RRC placement |
| **✔** | **APPROPRIATE SEXUAL BEHAVIOR** |
| | ⊕ no evidence of sexually inappropriate behavior |

Department of Justice

Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN

## PROGRESS REPORT: 03-18-2014

## MENTAL HEALTH

| Progress and Goals |
|---|
| PREVIOUS TEAM: 20090408 |
| No treatment/program recommendations at time of intake screening. |
| PREVIOUS TEAM: 20090930 |
| No treatment/program recommendations at time of intake screening. |
| PREVIOUS TEAM: 20100323 |
| |
| PREVIOUS TEAM: 20100921 |
| |
| PREVIOUS TEAM: 20110322 |
| |
| PREVIOUS TEAM: 20110925 |
| |
| PREVIOUS TEAM: 20120320 |
| |
| PREVIOUS TEAM: 20120918 |
| |
| PREVIOUS TEAM: 20130410 |
| no enrollments in over 3 years. |
| PREVIOUS TEAM: 20130917 |
| Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course. Short term goal- Immediately enroll in and complete 40 hour Drug Education course by next review. Long term goal- Enroll in and complete RDAP/CHALLENGE prior to release. |
| PREVIOUS TEAM: 20140313 |
| Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course. Short term goal- Immediately enroll in and complete 40 hour Drug Education course by next review. Long term goal- Enroll in and complete RDAP/CHALLENGE prior to release |

Name: **BARNETT, BERNARD**                                                RegNo: **04941-054**

## COGNITIVE

| Status | Response Summary |
|---|---|
| ⓘ | **GENERAL BEHAVIOR**<br>⊖ evidence of behavioral problems as a juvenile<br>ⓘ arrest record as a juvenile<br>ⓘ other: robbery and murder<br><br>⊖ evidence of behavioral problems as an adult<br>ⓘ 100 series incident reports<br>ⓘ 200 series incident reports<br>ⓘ 400 series incident reports |
| ⓘ | **CRIMINAL HISTORY**<br>⊖ two or more convictions<br>    robberies: Multiple occurrence(s)<br>    drug offenses: Multiple occurrence(s)<br>    homicide/manslaughter/murder: Single occurrence(s)<br>    weapons violations: Multiple occurrence(s)<br>    other (attempted class E felony): Single occurrence(s) |
| ✔ | **DOMESTIC VIOLENCE/ABUSE**<br>⊕ no history of domestic violence or abuse |
| ⓘ | **CRIMINAL BEHAVIOR**<br>⊕ no onset of criminal behavior before the age of 14<br>⊕ no criminal versatility: Convictions in less than 3 categories<br>⊖ significant history of violence: 2 or more violent convictions |

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 03-18-2014**

## COGNITIVE

| Progress and Goals |
|---|

PREVIOUS TEAM: 20090408

Maintain clear conduct while incarcerated, continous.

PREVIOUS TEAM: 20090930

Maintain clear conduct while incarcerated, continous.

PREVIOUS TEAM: 20100323

Maintain clear conduct while incarcerated, continous.

PREVIOUS TEAM: 20100921


PREVIOUS TEAM: 20110322

Maintain a clear conduct record. Interact respectfully with staff daily, abide by rules and regulations, and attend scheduled callouts. Be considerate of cellmate and others in housing unit. Enroll in a counseling group (e.g. Drug Education, Anger Management, Living Skills, etc.) that addresses irrational/criminal thinking patterns, solving problems effectively, self-control, improve communication skills etc... and complete at least one course within six months. Set positive goals for yourself.

PREVIOUS TEAM: 20110925

Maintain a clear conduct record. Interact respectfully with staff daily, abide by rules and regulations, and attend scheduled callouts. Be considerate of cellmate and others in housing unit. Enroll in a counseling group (e.g. Drug Education, Anger Management, Living Skills, etc.) that addresses irrational/criminal thinking patterns, solving problems effectively, self-control, improve communication skills etc. and complete at least one course within six months or 06-2012. Set positive goals for yourself.

PREVIOUS TEAM: 20120320

Short term: Complete psych courses on anger management and stress management by next review.
Long term: maintain good conduct throughout period of incarceration.

PREVIOUS TEAM: 20120918

no enrollments since 2009.


Short term: Complete victim impact group by next review.
Long term: Enroll in and participate in victim impact panel within next 2-3 years

PREVIOUS TEAM: 20130410

no enrollments in over 3 years.  Short term goal -Immediately enroll in Criminal Lifestyles course to learn to recognize how inappropriate behavior choices are the result of faulty thinking processes, by 09-2013.   Long term goal - Through courses at this facility, learn how to better yourself by refraining from behavior that will only lead to problems for you, by 03-2014.

PREVIOUS TEAM: 20130917

Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.
Short term: Immediately enroll in and complete RPP Stress Management course by next review.
Long term:  Enroll in and complete RPP Anger Management course by September 2014.

PREVIOUS TEAM: 20140313

Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.
Short term: Immediately enroll in and complete RPP Stress Management course by next review.
Long term: Enroll in and complete RPP Anger Management course by March 2015

Name: **BARNETT, BERNARD**                                    RegNo: **04941-054**

## CHARACTER

| Status | Response Summary |
|--------|------------------|
| **❗** | **PERSONAL CHARACTER** |
| | ⊖ no history of behaviors indicative of positive personal character |
| | ① religious assignment: BUDDHIST |
| | ⊕ no evidence easily influenced by other |
| **❗** | **PERSONAL RESPONSIBILITY** |
| | ① reports responsibility for current incarceration as: |
| | ⊖ law enforcement corruption |
| | ⊖ no efforts to make amends for their crime(s) |

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRESS REPORT: 03-18-2014

## CHARACTER

| Progress and Goals |
|---|
| PREVIOUS TEAM: 20090408 |
| Enroll Victim Impact Group by 10-2009. |
| PREVIOUS TEAM: 20090930 |
| Enroll Victim Impact Group by 03-2010. |
| PREVIOUS TEAM: 20100323 |
| Enroll Victim Impact Group by 09-2010. |
| PREVIOUS TEAM: 20100921 |
| |
| PREVIOUS TEAM: 20110322 |
| If you have religious beliefs, participate in services in the Chapel every week. Accept responsibility for your actions and set personal goals that will enhance your character. Provide assistance to others that will impact their lives positively. Make scheduled FRP payments until completion of obligation. |
| PREVIOUS TEAM: 20110925 |
| If you have religious beliefs, participate in services in the Chapel every week. Accept responsibility for your actions and set personal goals that will enhance your character. Provide assistance to others that will impact their lives positively. |
| PREVIOUS TEAM: 20120320 |
| Short term: Complete Psych class Stress Management by next review.<br>Long term: continue with psych services through incarceration to address individual adjustment issues. |
| PREVIOUS TEAM: 20120918 |
| no enrollments since 2009.<br>Short term: Complete Psych class Stress Management by next review.<br>Long term: continue with psych services through incarceration to address individual adjustment issues. |
| PREVIOUS TEAM: 20130410 |
| no enrollments in over 3 years.   Short term: Complete Psych class Stress Management by next review, or 09-2013.   Long term: continue with psych services through incarceration to address individual adjustment issues, by 2014. |
| PREVIOUS TEAM: 20130917 |
| Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.<br>Short term goal- Immediately enroll in and complete Living Free course by next review.<br>Long term goal- Enroll in and complete Walking Your Faith course by September 2014. |
| PREVIOUS TEAM: 20140313 |
| Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.<br>Short term goal- Immediately enroll in and complete Living Free course by next review.<br>Long term goal- Enroll in and complete Walking Your Faith course by March 2015. |

Name: **BARNETT, BERNARD**                                                          RegNo: **04941-054**

## LEISURE

| Status | Response Summary |
|---|---|
| ⓘ | **USE OF LEISURE TIME**<br>⊖ insufficient variety of activities to warrant overall positive use of leisure Time<br>⊕ family time |

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRESS REPORT: 03-18-2014

## LEISURE

| Progress and Goals |
| --- |

PREVIOUS TEAM: 20090408

Recommend enroll in Leisure classes by October 8, 2009.

Enroll in Leisure Time activities by 10-2009.

PREVIOUS TEAM: 20090930

Recommend inmate enroll in either a recreation leisure or wellness class or a education ace class of choice by 03/28/2010.

Recommend enroll in Leisure classes by October 8, 2009.

Enroll in Leisure Time activities by 03-2010.

PREVIOUS TEAM: 20100323

Recommend inmate enroll in either a recreation leisure or wellness class or a education ace class of choice by 09/2010.

Recommend enroll in Leisure classes by 09/2010.

PREVIOUS TEAM: 20100921


PREVIOUS TEAM: 20110322

Recommend inmate enroll and complete either Education Department ACE classes or Recreation Department hobby, wellness, or leisure classes by 9/22/2011.

Develop positive leisure time activities in order to limit idle time. Read at least one book, enroll in an exercise program/sports activity, or a hobby craft in education and complete within six months.

PREVIOUS TEAM: 20110925

Previous goal not complete. No recent evidence of positive leisure activities. Recommend inmate enroll and complete either Education Department ACE classes or Recreation Department hobby, wellness, or leisure classes by 3/20/2012.

PREVIOUS TEAM: 20120320

Short term: Complete two recreation courses by next review.
Long term: Increase fitness and health throughout incarceration.

PREVIOUS TEAM: 20120918

Previous goal not complete. No evidence of positive programming since 2009. Short Term Goal- Recommend inmate enroll and complete either Education Department ACE classes or Recreation Departmen hobby, wellness, or leisure classes by 12/20/2012. Long Term Goal- Complete two leisure classes a quarter.

Previous goal not complete. No evidence of positive programming since 2009. Short Term Goal- Recommend inmate enroll and complete either Education Department ACE classes or Recreation Departmen hobby, wellness, or leisure classes by 9/20/2012. Long Term Goal- Complete two leisure classes a quarter.

PREVIOUS TEAM: 20130410

no enrollments in over 3 years.  short term Goal- Recommend inmate enroll and complete either Education Department ACE classes or Recreation Department hobby, wellness, or leisure classes by 9/20/2013.  Long Term Goal- Complete two leisure classes a quarter, by 03-2014.

PREVIOUS TEAM: 20130917

Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.
Short term goal- Immediately enroll in and complete Drawing course by next review.
Long term goal- Enroll in and complete Intermediate Drawing course by September 2014.

Name: **BARNETT, BERNARD**                                            RegNo: **04941-054**

## LEISURE

PREVIOUS TEAM: 20140313

Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.
Short term goal- Immediately enroll in and complete Drawing course by next review.
Long term goal- Enroll in and complete Intermediate Drawing course by March 2015.

## DAILY LIVING

| Status | Response Summary |
|---|---|
| ❗ | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊖ no positive credit history<br>⊖ did not live within financial means<br>⊕ pays monthly bills on time |
| ✔ | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
| ✔ | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>ⓘ quarters assignment: HOUSE C/RANGE 01/BED 109L |
| ❗ | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>⊖ Outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊖ does not possess public transportation skills and/or does not have access to public transportation |
| ❗ | **IDENTIFICATION**<br>⊖ does not have photo identification<br>⊖ does not have birth certificate<br>⊖ does not have social security card |
| ❗ | **HOUSING**<br>⊕ established housing year prior to incarceration<br>ⓘ established housing: paid rent<br>ⓘ established housing: lived with family<br>ⓘ established housing: non-publicly assisted<br>⊖ established housing in a high crime neighborhood<br><br>⊕ housing upon release<br>ⓘ not applicable - supervision district a relocation<br>ⓘ not applicable - anticipated housing plan approved by USPO(s)<br>ⓘ other: Currently serving a life sentence. |

Department of Justice                                          Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN          PROGRESS REPORT: 03-18-2014

### DAILY LIVING

| | |
|---|---|
|  | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**<br>⊖ not recommended for RRC placement<br>① Managment Decision: life sentence |
|  | **FAMILY CARE**<br>⊕ not responsible for obtaining child care for any dependent children upon release<br>⊕ not responsible for obtaining elder care for any dependent(s) upon release<br>⊕ not responsible for obtaining any other special services for dependents upon release |

Name: **BARNETT, BERNARD**

RegNo: **04941-054**

## DAILY LIVING

| Progress and Goals |
| --- |

PREVIOUS TEAM: 20090408

PREVIOUS TEAM: 20090930

Recommend inmate complete rpp finance class by 03/28/2010.

not eligible for rrc.

PREVIOUS TEAM: 20100323

not eligible for rrc.

PREVIOUS TEAM: 20100921

PREVIOUS TEAM: 20110322

Recommend inmate complete the Education Department RE/RPP Financial Management class by 9/22/2011.

Maintain good hygiene and cell sanitation. Save funds.Obtain Social Security Card and Birth Certificate. Complete Release
Preparation Program. Secure housing and employment arrangements prior to release. Complete resume.

PREVIOUS TEAM: 20110925

Previous goal not complete. Recommend inmate complete the Education Department RE/RPP Financial Management class
by 3/20/2012.

PREVIOUS TEAM: 20120320

life sentence.

Short term: Obtain SS card by next review.
Long term: Obtain drivers lic and birth cert by release date.
Long term: Submit release plan to team 18 months prior to release.

PREVIOUS TEAM: 20120918

Short Term Goal- Recommend inmate enroll and complete the Education Department Parenting class by 12/18/2012. Long
term Goal- Complete all RPP classes.

Short Term Goal- Recommend inmate enroll and complete the Education Department Parenting class. Long term Goal-
Complete all RPP classes.

PREVIOUS TEAM: 20130410

no enrollments in over 3 years.   Short Term Goal- Recommend inmate enroll and complete the Education Department
Parenting class, by 09-2013. Long term Goal- Complete all RPP classes, by 09-2014.

PREVIOUS TEAM: 20130917

Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.
Short term goal- Immediately enroll in and complete RPP Money Management course by next review.
Long term goal- Enroll in and complete RPP Portfolio course by September 2014

PREVIOUS TEAM: 20140313

Progress since last team- Previous goal not complete, as inmate has not enrolled in recommended course.
Short term goal- Immediately enroll in and complete RPP Money Management course by next review.
Long term goal- Enroll in and complete RPP Portfolio course by September 2014

Department of Justice

**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons

**PROGRESS REPORT: 03-18-2014**

## INMATE SKILLS STATUS

| Status | | Initial Assessment 04-08-2009 | Previous Assessment 03-13-2014 | Current Assessment 03-18-2014 |
|---|---|---|---|---|
| ⊙ | Attention Required | 47.2% | 52.8% | 52.8% |
| ⊡ | Mitigating Issues | 0% | 0% | 0% |
| ? | Unanswered | 15.6% | 0% | 0% |
| ✓ | Satisfactory | 33.9% | 43.9% | 43.9% |
| ⊘ | Not Applicable | 3.3% | 3.3% | 3.3% |

| Skill Area | Attention Required ⊙ | Mitigating Issues ⊡ | Unanswered ? | Satisfactory ✓ | Not Applicable ⊘ |
|---|---|---|---|---|---|
| Academic | 5% | 0% | 0% | 95% | 0% |
| Vocational/Career | 75% | 0% | 0% | 25% | 0% |
| Interpersonal | 25% | 0% | 0% | 65% | 10% |
| Wellness | 15% | 0% | 0% | 65% | 20% |
| Mental Health | 25% | 0% | 0% | 75% | 0% |
| Cognitive | 80% | 0% | 0% | 20% | 0% |
| Character | 80% | 0% | 0% | 20% | 0% |
| Leisure | 100% | 0% | 0% | 0% | 0% |
| Daily Living | 70% | 0% | 0% | 30% | 0% |

# Bureau of Prisons
# Health Services
## Inmate  Intra-system Transfer

| | |
|---|---|
| **Reg #:**  04941-054 | **Inmate Name:** BARNETT, BERNARD |

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To:  LEW SMU                    Transfer Date: 10/16/2014

**Health Problems**

| Type | Health Problem | Status |
|---|---|---|
| Chronic | Nerve pain, neuralgia neuritis, radiculitis | Current |
| Chronic | Polyneuropathy in diabetes | Current |
| Chronic | Other allergy, other than to medicinal agents | Current |
| Chronic | Dermatitis due to other specified cause | Current |
| Chronic | Idiopathic progressive polyneuropathy | Current |
| Chronic | Hypertension, Benign Essential | Current |
| Chronic | Other specified disorders of skin | Current |
| Chronic | Cataract associated with other syndrome | Current |
| Chronic | Hyperlipidemia, mixed | Current |
| Chronic | Diabetes mellitus, type II, uncontrolled | Current |
| Chronic | Calc of gallbladder and bile duct w/oth cholecys | Current |
| Chronic | Disorder of eye, unspecified | Current |
| Chronic | Other atopic dermatitis and related conditions | Current |
| Chronic right | Hernia, inguinal , w/o obstruction or gangrene | Current |
| Chronic | Hypertrophy (benign) of prostate w/urinary obstruc | Current |
| Temporary/Acute | Pruritis, unspecified pruritic disorder | Current |
| Temporary/Acute | Dermatophytosis of foot (Tinea pedis) | Current |
| Temporary/Acute | Hernia of other specified sites | Current |
| Temporary/Acute | Broken tooth traumatic w/o mention of complication | Current |
| Temporary/Acute | Other specified disorder of rectum and anus BLEEDING FROM RECTUM | Current |
| Temporary/Acute | Allergic urticaria | Current |
| Temporary/Acute | Other injury of knee, leg, ankle, and foot | Current |
| Temporary/Acute allergic dermatitis | Oth symp involving skin and integumentary tissue | Current |
| Temporary/Acute | Urethral stricture, unspecified | Current |
| Temporary/Acute discharge for hospital today | Attention to colostomy | Current |
| Temporary/Acute left ankle | Late effect of sprain and strain w/o tendon injury | Current |
| History/Resolved | Perforation of intestine | Current |
| History/Resolved left | Inguinal hernia, w/ obstruction, without gangrene | Current |
| History/Resolved | Other specified peritonitis | Current |

**Medications:**  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

Contact -Opti-Free RepleniSH Solution 118 ml  Exp: 03/03/2015  SIG: Use as directed. 1 bottle/month
glyBURIDE 5 MG Tab  Exp: 04/06/2015  SIG: Take two tablets by mouth each morning and---Take one tablet by mouth each evening
Glucose 4 GM Tab  Exp: 04/06/2015  SIG: Use for emergency symptoms of low blood sugar only **limit 1 tube/30 days** if using more go to sick call
Insulin  Reg (10 ML) 100 UNITS/ML Inj  Exp: 04/06/2015  SIG: Inject subcutaneously per sliding scale: twice daily 0-60 (none) 61-150(none)151-200(2units)201-250(4units)251-300(6units)301-350(8units)351-400(10units)>400(12units & notify provider)
metFORMIN 1000 MG Tab  Exp: 04/06/2015  SIG: Take one tablet by mouth twice daily
Terazosin HCl  5 MG Cap  Exp: 04/06/2015  SIG: Take one capsule by mouth twice daily

**OTCs:**  Listing of all known OTCs this inmate is currently taking.
    None

| Reg #:  04941-054 | Inmate Name:  BARNETT, BERNARD |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

## Pending Appointments

| Date | Time | Activity | Provider |
|---|---|---|---|
| 11/05/2014 | 00:00 | Optometry Exam | Optometrist |
| 11/05/2014 | 00:00 | Assessment | MLP 06 |
| 02/13/2015 | 00:00 | PPD Administration | Nurse |
| 04/01/2015 | 00:00 | Assessment | MLP 06 |
| 10/01/2015 | 00:00 | Chronic Care Visit | Physician 04 |
| 10/08/2015 | 11:00 | Chronic Care Visit | Physician 04 |
| 10/06/2016 | 00:00 | Chronic Care Visit | Physician 01 |

## Pending Non-Medication Orders:

| Order | Order Date | Frequency | Duration | Details |
|---|---|---|---|---|
| EKG | 10/07/2014 | One Time | | |

**TB Clearance:** Yes

Last PPD Date: 02/13/2014
Last Chest X-Ray Date:
TB Treatment:
TB Follow-up Recommended: No

Induration: 0mm
Results:
Sx free for 30 days: Yes

**Sickle Cell:**
Sickle Cell Trait/Disease:    No

**Limitations/Restrictions/Diets:**
Cleared for Food Service: Yes

**Comments:**

**Allergies**
Sulfa Antibiotics

Simvastatin

**Devices / Equipment**
Contact Lenses

**Travel:**
Direct Travel: No
Travel Restrictions: None

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

Transfer From Institution: CANAAN USP          Phone Number: 5704888000
Address 1: 3057 EASTON TURNPIKE
Address 2:
City/State/Zip: WAYMART, Pennsylvania 18472

Name/Title of Person Completing Form: Kabonick, M. EMT-P          Date: 10/14/2014

Inmate Name:  BARNETT, BERNARD          Reg #:  04941-054   DOB:  09/02/1953   Sex:  M

# Bureau of Prisons
# Health Services
## Vitals All

| | | | |
|---|---|---|---|
| **Begin Date:** 09/01/2014 | | **End Date:** 12/15/2014 | |
| **Reg #:** 04941-054 | | **Inmate Name:** BARNETT, BERNARD | |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/24/2014 | 08:20 LEW | 97.7 | 36.5 | Oral | Alama, F. MLP |
| | Orig Entered: 11/24/2014 15:40 EST | | Alama, F. MLP | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/24/2014 | 08:20 LEW | 64 | Brachial | Regular | Alama, F. MLP |
| | Orig Entered: 11/24/2014 15:40 EST | | Alama, F. MLP | | |
| 10/22/2014 | 14:52 LEW | 69 | | | Edinger, Andrew MD |
| | Orig Entered: 10/24/2014 14:55 EST | | Edinger, Andrew MD | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/24/2014 | 08:20 LEW | 16 | Alama, F. MLP |
| | Orig Entered: 11/24/2014 15:40 EST | Alama, F. MLP | |
| 10/22/2014 | 14:52 LEW | 20 | Edinger, Andrew MD |
| | Orig Entered: 10/24/2014 14:55 EST | Edinger, Andrew MD | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/15/2014 | 09:38 LEW | 124/78 | | | | Hartzel, Lori RN |
| | Orig Entered: 12/15/2014 09:39 EST | | Hartzel, Lori RN | | | |
| 11/24/2014 | 08:20 LEW | 167/90 | Left Arm | Sitting | Adult-regular | Alama, F. MLP |
| | Orig Entered: 11/24/2014 15:40 EST | | Alama, F. MLP | | | |
| 10/22/2014 | 14:52 LEW | 141/82 | | | | Edinger, Andrew MD |
| | Orig Entered: 10/24/2014 14:55 EST | | Edinger, Andrew MD | | | |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 12/07/2014 | 15:40 LEW | 168 | Random | | Schoonover, Amy J RN |
| | Random check r/t I/M reports feeling like his glucose is high. | | | | |
| | Orig Entered: 12/07/2014 15:42 EST | Schoonover, Amy J RN | | | |
| 11/18/2014 | 16:16 LEW | 103 | Random | | Schoonover, Amy J RN |
| | Orig Entered: 11/18/2014 16:17 EST | Schoonover, Amy J RN | | | |
| 11/18/2014 | 07:32 LEW | 103 | Unknown | | Mitterling, Jeana RN |
| | Orig Entered: 11/18/2014 07:33 EST | Mitterling, Jeana RN | | | |
| 11/17/2014 | 16:45 LEW | 137 | Random | | Schoonover, Amy J RN |
| | Orig Entered: 11/17/2014 16:47 EST | Schoonover, Amy J RN | | | |
| 11/17/2014 | 07:33 LEW | 118 | Random | | Dees, S. NREMT-P |
| | Orig Entered: 11/17/2014 07:34 EST | Dees, S. NREMT-P | | | |
| 11/15/2014 | 08:51 LEW | 91 | Unknown | | Hartzel, Lori RN |
| | Orig Entered: 11/15/2014 08:54 EST | Hartzel, Lori RN | | | |

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARNETT, BERNARD | | Reg #: | 04941-054 |
| Date of Birth: | 09/02/1953 | Sex:   M   Race:   BLACK | Facility: | LEW |
| Encounter Date: | 11/24/2014 08:20 | Provider:   Alama, F. MLP | Unit: | X03 |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Alama, F. MLP

**Chief Complaint:** Numbness

**Subjective:** A 61 year old BM complains of tingling and numbness of this left arm. He denies injury or chest pains.He's asking about glucometer.

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/24/2014 | 08:20 LEW | 97.7 | 36.5 | Oral | Alama, F. MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/24/2014 | 08:20 LEW | 64 | Brachial | Regular | Alama, F. MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/24/2014 | 08:20 LEW | 16 | Alama, F. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/24/2014 | 08:20 LEW | 167/90 | Left Arm | Sitting | Adult-regular | Alama, F. MLP |

**Exam:**

**General**

    **Appearance**

        Yes: Appears Well, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time

**Skin**

    **General**

        Yes: Skin Intact

**Eyes**

    **General**

        Yes: PERRLA, Extraocular Movements Intact

**Nose**

| | |
|---|---|
| Inmate Name:  BARNETT, BERNARD | |
| Date of Birth:  09/02/1953 | |
| Encounter Date: 11/24/2014 08:20 | |

Sex:    M    Race:  BLACK
Provider:  Alama, F. MLP

Reg #:    04941-054
Facility:  LEW
Unit:    X03

**Exam:**

**General**
 Yes: Nares Patent

**Face**
 **General**
  Yes: Symmetric
  No: Numbness

**Lips**
 **General**
  Yes: Within Normal Limits
  No: Vesicular Eruptions

**Neck**
 **General**
  Yes: Symmetric, Trachea Midline
 **Thyroid**
  Yes: Within Normal Limits
  No: Diffuse Enlargement

**Pulmonary**
 **Observation/Inspection**
  Yes: Within Normal Limits
  No: Respiratory Distress
 **Thorax**
  Yes: Within Normal Limits
 **Percussion**
  Yes: Within Normal Limits
 **Auscultation**
  Yes: Clear to Auscultation

**Cardiovascular**
 **Observation**
  Yes: Within Normal Limits, Normal Rate, Regular Rhythm
 **Auscultation**
  Yes: Regular Rate and Rhythm (RRR)
  No: Systolic Murmur

**Abdomen**
 **Inspection**
  Yes: Within Normal Limits
 **Auscultation**
  Yes: Normo-Active Bowel Sounds
 **Palpation**
  Yes: Soft
  No: Guarding, Rigidity

**Musculoskeletal**
 **Shoulder**
  Yes: Symmetric L, Normal Active ROM L, Normal Passive ROM L
 **Elbow**
  Yes: Symmetric L, Normal Active ROM L, Neurovascular Intact L
  No: Joint Deformity L

**Mental Health**

| Inmate Name: | BARNETT, BERNARD | | | Reg #: | 04941-054 |
|---|---|---|---|---|---|
| Date of Birth: | 09/02/1953 | Sex: | M   Race:   BLACK | Facility: | LEW |
| Encounter Date: | 11/24/2014 08:20 | Provider: | Alama, F. MLP | Unit: | X03 |

**Exam:**

**Posture**

Yes: Within Normal Limits

**Grooming/Hygiene**

Yes: Within Normal Limits

**ASSESSMENT:**

Diabetes mellitus, type II, uncontrolled, 250.02 - Current, Chronic, Not Improved/Same

Hypertension, Benign Essential, 401.1 - Current, Chronic, Not Improved/Same

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

**Other:**

Inmate mentioned he's not comfortable with his cellmate. Notified the escort officer.

Inmate wants the glucometer back but based on the previous notes of Dr. Edinger ,no device shallbe given to this inmate excepts meds.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/24/2014 | Counseling | Compliance - Treatment | Alama, F. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Alama, F. MLP on 11/24/2014 15:58

Requested to be reviewed by Pigos, Kevin MD/Clinical Director.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARNETT, BERNARD | | | Reg #: | 04941-054 |
| Date of Birth: | 09/02/1953 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/24/2014 08:20 | Provider: | Alama, F. MLP | Facility: | LEW |

**Reviewed by Pigos, Kevin MD/Clinical Director on 11/25/2014 09:48.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | BARNETT, BERNARD | | Reg #: 04941-054 |
| Date of Birth: | 09/02/1953 | Sex: M   Race: BLACK | Facility: LEW |
| Encounter Date: | 10/22/2014 13:44 | Provider: Edinger, Andrew MD | Unit: X03 |

Chronic Care encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Edinger, Andrew MD

**Chief Complaint:** DIABETIC

**Subjective:** Inmate presents for 14 day new arrival evaluation. He has a known history of Type 2 DM, hypercholesterolemia, HTN, and diabetic neuropathy. He also has a history of damage to his right eye from a botched radial keratotomy. He states that he is required to wear two contact lenses in that eye to get him corrected to 20/80. He also requests depends undergarments because of episodic fecal incontinence. He has a history of a sigmoid perforation in 2009. He require secondary reanastomosis 6 weeks later. This has resulted in a decrease in his bowel control. He reports having episodic fecal incontinence which appears to have a stress related pattern. It occurs about once every 6 weeks.

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**Seen for clinic(s):** Diabetes, Endocrine/Lipid, Hypertension, Neurology

**ROS:**
   **General**
      **Constitutional Symptoms**
         No: Fatigue, Fever, Unexplained Weight Loss, Weight Gain
   **Integumentary**
      **Skin**
         Yes: Within Normal Limits
   **HEENT**
      **Ears**
         Yes: Within Normal Limits
      **Eyes**
         Yes: Hx Contact Lenses, Visual Loss
   **Cardiovascular**
      **General**
         Yes: Hx Hypertension, Hx of Hyperlipidemia
         No: Angina, Cough, Edema, Palpitation, Syncope
   **Pulmonary**
      **Respiratory System**
         Yes: Within Normal Limits
   **GI**

| Inmate Name: BARNETT, BERNARD | | Reg #: 04941-054 |
|---|---|---|
| Date of Birth: 09/02/1953 | Sex: M Race: BLACK | Facility: LEW |
| Encounter Date: 10/22/2014 13:44 | Provider: Edinger, Andrew MD | Unit: X03 |

**Exam:**
- **Tympanic Membrane**
  - Yes: Within Normal Limits
- **Mouth**
  - **Mucosa**
    - Yes: Within Normal Limits
- **Neck**
  - **General**
    - Yes: Supple
    - No: Lymphadenopathy
  - **Vascular**
    - Yes: Carotid Pulse Normal
    - No: Carotid Bruits
- **Pulmonary**
  - **Auscultation**
    - Yes: Clear to Auscultation
    - No: Crackles, Rhonchi, Wheezing
- **Cardiovascular**
  - **Auscultation**
    - Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
    - No: M/R/G
- **Peripheral Vascular**
  - **General**
    - No: Varicosities, Non-Pitting Edema, Pitting Edema
- **Neurologic**
  - **Cranial Nerves (CN)**
    - Yes: CN 2-12 Intact Grossly
  - **Coordination - Gait**
    - Yes: Normal Gait
  - **Sensory-Light Touch**
    - Yes: Normal Light Touch Sensation

    Normal monofilament testing.

**ASSESSMENT:**

Allergic urticaria, 708.0 - Resolved, History/Resolved, Not Assessed

Attention to colostomy, V55.3 - Resolved, History/Resolved, Not Assessed

Broken tooth traumatic w/o mention of complication, 873.63 - Resolved, History/Resolved, Not Assessed

Calc of gallbladder and bile duct w/oth cholecys, 574.7 - Resolved, History/Resolved, Not Assessed

Cataract associated with other syndrome, 366.44 - Current, Chronic, Not Improved/Same

Dermatitis due to other specified cause, 692.89 - Resolved, History/Resolved, Not Assessed

Dermatophytosis of foot (Tinea pedis), 110.4 - Resolved, History/Resolved, Not Assessed

Diabetes mellitus, type II, uncontrolled, 250.02 - Current, Chronic, Not Improved/Same

Disorder of eye, unspecified, 379.90 - Current, Chronic, Not Improved/Same

Hernia of other specified sites, 553.8 - Resolved, History/Resolved, Not Assessed

Hernia, inguinal , w/o obstruction or gangrene, 550.9 - Resolved, History/Resolved, Not Assessed

Hyperlipidemia, mixed, 272.2 - Current, Chronic, Not Improved/Same

| | | | |
|---|---|---|---|
| Inmate Name:  BARNETT, BERNARD | | Reg #:  04941-054 |
| Date of Birth:  09/02/1953 | Sex:  M  Race:  BLACK | Facility:  LEW |
| Encounter Date:  10/22/2014 13:44 | Provider:  Edinger, Andrew MD | Unit:  X03 |

Hypertension, Benign Essential, 401.1 - Current, Chronic, At Treatment Goal

Hypertrophy (benign) of prostate w/urinary obstruc, 600.01 - Current, Chronic, Not Improved/Same

Idiopathic progressive polyneuropathy, 356.4 - Resolved, History/Resolved, Not Assessed

Late effect of sprain and strain w/o tendon injury, 905.7 - Resolved, History/Resolved, Not Assessed

Nerve pain, neuralgia neuritis, radiculitis, 729.2 - Resolved, History/Resolved, Not Assessed

Oth symp involving skin and integumentary tissue, 782.9 - Resolved, History/Resolved, Not Assessed

Other allergy, other than to medicinal agents, V15.09 - Resolved, History/Resolved, Not Assessed

Other atopic dermatitis and related conditions, 691.8 - Resolved, History/Resolved, Not Assessed

Other injury of knee, leg, ankle, and foot, 959.7 - Resolved, History/Resolved, Not Assessed

Other specified disorder of rectum and anus, 569.49 - Resolved, History/Resolved, Not Assessed

Other specified disorders of skin, 709.8 - Resolved, History/Resolved, Not Assessed

Polyneuropathy in diabetes, 357.2 - Resolved, History/Resolved, Not Assessed

Pruritis, unspecified pruritic disorder, 698.9 - Resolved, History/Resolved, Not Assessed

Urethral stricture, unspecified, 598.9 - Resolved, History/Resolved, Not Assessed

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | glyBURIDE Tablet | 10/22/2014 13:44 | 10mg Orally - Two Times a Day x 180 day(s) -- Take 2 tabs. twice a day |

    **Indication:** Diabetes mellitus, type II, uncontrolled

       **One Time Dose Given:** No

| | | | |
|---|---|---|---|
| | Terazosin Capsule | 10/22/2014 13:44 | 5mg Orally at bedtime x 180 day(s) -- one pill each evening |

    **Indication:** Hypertrophy (benign) of prostate w/urinary obstruc

       **One Time Dose Given:** No

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 138406-LEW | Contact- SM Multi-Purpose Soln 355 ml | 10/22/2014 13:44 | use small amount as directed to clean/store contact lenses x 180 day(s) |

    **Indication:** Disorder of eye, unspecified

       **One Time Dose Given:** No

| Inmate Name: | BARNETT, BERNARD | | |
|---|---|---|---|
| Date of Birth: | 09/02/1953 | | Reg #: 04941-054 |
| Encounter Date: | 10/22/2014 13:44 | Sex: M Race: BLACK | Facility: LEW |
| | | Provider: Edinger, Andrew MD | Unit: X03 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 138408-LEW | Glucose 4 GM Tab | 10/22/2014 13:44 | Use for emergency symptoms of low blood sugar only **limit 1 tube/30 days** if using more go to sick call x 180 day(s) |

Indication: Diabetes mellitus, type II, uncontrolled
One Time Dose Given: No

| 138409-LEW | Insulin  Reg (10 ML) 100 UNITS/ML Inj | 10/22/2014 13:44 | Inject subcutaneously per sliding scale: twice daily 0-60 (none see protocol) 61-150(none)151-200(2units)201-250(4units)251-300(6units)301-350(8units)351-400(10units)>400(12units & notify provider) x 30 day(s) Pill Line Only |

Indication: Diabetes mellitus, type II, uncontrolled
One Time Dose Given: No

| 138410-LEW | metFORMIN 1000 MG Tab | 10/22/2014 13:44 | Take one tablet by mouth twice daily x 180 day(s) |

Indication: Diabetes mellitus, type II, uncontrolled
One Time Dose Given: No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 138407-LEW | glyBURIDE 5 MG Tab | 10/22/2014 13:44 | Take two tablets by mouth each morning and---Take one tablet by mouth each evening |

Discontinue Type:   When Pharmacy Processes
Discontinue Reason: Order changed
Indication:
One Time Dose Given:

| 138411-LEW | Terazosin HCl  5 MG Cap | 10/22/2014 13:44 | Take one capsule by mouth twice daily |

Discontinue Type:   When Pharmacy Processes
Discontinue Reason: Order changed
Indication:
One Time Dose Given:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|

Generated 10/24/2014 15:17 by Edinger, Andrew MD       Bureau of Prisons - LEW       Page 5 of 6

| Inmate Name:  BARNETT, BERNARD | | Reg #:    04941-054 |
|---|---|---|
| Date of Birth:   09/02/1953 | Sex:      M    Race:   BLACK | Facility:  LEW |
| Encounter Date:  10/22/2014 13:44 | Provider:  Edinger, Andrew MD | Unit:     X03 |

| | One Time | 10/27/2014 00:00 | Routine |
|---|---|---|---|

Chronic Care Clinics-Diabetic-Comprehensive
Metabolic Profile
Chronic Care Clinics-Diabetic-Lipid Profile
Chronic Care Clinics-Diabetic-Microalbumin,
urine random
Chronic Care Clinics-Diabetic-Hemoglobin A1C

**New Consultation Requests:**

| **Consultation/Procedure** | **Due Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|
| Ophthalmology | | | No | |

**Reason for Request:**
Inmate has a known history of Type 2 DM which has not been under the best control.  He has bilat. cataracts present and this limits view of his fundi.  He also has a history of a botched radial keratotomy OD which resulted in profound vision loss OD.  He currently wears two contact lenses to achieve 20/80 vision.  I am requesting an opinion from ophthalmology as to recommendations on improving his vision.

**Provisional Diagnosis:**
Type 2 DM; cataracts OU; corneal scarring OD

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

Inmate has Type 2 DM; he is overdue for labs on his diabetes.  His last A1c is 8.5.  He denies any new changes.  He also has poor vision bilat.  I am requesting an ophthalmology opinion as to the best treatment options for him.  He also has a history of a perforated sigmoid colon which required resection and secondary re-anastomosis.  He was left with a degree of fecal stress incontinence.  I am not sure that there are many options for him.

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 10/24/2014 | Counseling | Plan of Care | Edinger, Andrew | Verbalizes Understanding |

**Copay Required:** No
**Telephone/Verbal Order:** No
**Cosign Required:** No

Completed by Edinger, Andrew MD on 10/24/2014 15:17



February 27, 2015

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

Mr. Bernard Barnett
Prisoner No. 04941-054
United States Penitentiary
P.O. Box 1000
Lewisburg, Pennsylvania 17837

   Re:  **Clemency Project 2014 Assignment**

Dear Mr. Barnett:

  I apologize for the delay.  I have enclosed the originals of the documents you have sent me, as requested.  I will try to arrange a counsel call with you within the next two weeks.

     Very truly yours,

     James Keneally

NOTICE TO INMATES: Initiative on Executive Clemency

On April 23, 2014, the Department of Justice announced an initiative to encourage appropriate candidates to petition for executive clemency, seeking to have their sentences commuted, or reduced, by the President of the United States. In this notice, the Bureau of Prisons (BOP) provides you with information regarding the scope and intent of this new initiative.

Commutation of sentence remains unusual and extraordinarily rare. This initiative, however, invites petitions from non-violent federal inmates who would not pose a threat to public safety if released. In particular, this initiative is limited to inmates who:

- Are currently serving a federal sentence in prison and, by operation of law, likely would have received a substantially lower sentence if convicted of the same offense(s) today[1];

- Are non-violent, low-level offenders without significant ties to large-scale criminal organizations, gangs, or cartels;

- Have served at least 10 years of their sentence;

- Do not have a significant criminal history;

- Have demonstrated good conduct in prison; and

- Have no history of violence prior to or during their current term of imprisonment.

You may choose to have an attorney to assist you in preparing a petition for clemency. You have the option of retaining counsel of your choice. We have also been asked to inform you that the Clemency Project 2014, a group of experienced criminal defense and non-profit lawyers, has offered to assist qualifying inmates with their petitions at no cost to you. If you would like to request that an attorney from the Clemency Project 2014 assist you with your clemency petition, please complete the Executive Clemency Survey via the TRULINCS Survey Service. At your request, we will forward your survey responses to the Clemency Project 2014. Once they receive the survey, it will be up to the Clemency Project 2014 to determine whether they will provide you with pro bono representation after considering whether or not you meet the criteria for this initiative.

Please note, if you submit the Executive Clemency Survey via TRULINCS, you should *not* submit your responses to the Clemency Project 2014 in writing as well.

---

[1] You may have received a substantially lower sentence today if, for example, you were sentenced to a mandatory minimum sentence for a crack cocaine offense that has since been lowered by the Fair Sentencing Act of 2010. Another example is if the sentencing guidelines were mandatory in your case and there is evidence that, if the judge was not constrained by the mandatory sentencing guidelines, he or she likely would have sentenced you to a lesser sentence.

If you do not wish to have an attorney assist you with your clemency petition and believe you meet the criteria outlined above, you should contact your unit team for the appropriate forms to complete.  In addition to the clemency petition, you should also complete the Executive Clemency Survey by filling in the responses manually (not via the TRULINCS Survey).

If you meet the above-described criteria and have already submitted a petition for commutation of sentence to the Pardon Attorney, which is still under review, your application will be reviewed as part of this initiative.  You are not required to submit a new application, but you may supplement your pending application if you wish to do so.

THERE IS NO GUARANTEE THAT PETITIONS SUBMITTED WILL BE GRANTED.  This initiative creates no legal rights for petitioners.  The rules governing petitions for commutation of sentence (see Title 28, Code of Federal Regulations Part 1, Sections 1.1 – 1.11) apply to all inmates regardless of the Department's new initiative. Petitions for commutation are not generally accepted from inmates who are presently challenging their convictions or sentences.  Applicants are expected to be candid in their petitions.  The Department may consult the sentencing judge and prosecuting authorities involved in the petitioner's case when considering the appropriateness of each petition. To learn more about these and other issues, you can review BOP Program Statement 1330.15, <u>Petition for Commutation of Sentence</u>.