RECEIVED
FEB 25 2019
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

CRIMINAL Indictment 90-CR-913       JAN 5, 2019

DEAR Judge PRESKA: I heard from my public defend lawyer today. He told me the probration dept issue a revise (PSI) and wrote what it said. Judge Presk that revise (PSI) is in total legal error, about counts 1 and (3)(4) drug weights and the facts of this case. It is a 30 year old case. I remember every detail, as stareing at it for (3) decades. Count (1) and III are the same exact drugs (crack). Count (4) heroin drugs 100% do not exist. In the case, arrest, or in evidence, nor in the trial minutes. (2 kilos of heroin) pop up in the P.S.I, 100% make up (no drugs) for count (4)

Thus I ask you take this letter as a motion to bring me back to M.C.C / New York. I will have access to public defender, who will listen to me, and present to you with the record in support. That my drug amounts so tiny. I cannot get life nor a career offender.

Respectfully
Barrett

I swear I served
the 1) U.S. Attorney Office
2) Public defender office
with this motion

HRD BARNETT #04991054
33 U.S.P. - COLEMAN 1
J, FLORIDA 33521

CLERK OF THE COURT (Judge: Preska)
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

ref 90-CR-913