UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARD BARNETT,

        Petitioner,

  -versus-

UNITED STATES OF AMERICA,

        Respondent.

90 Cr. 0913 (LAP)
19 Civ. 132 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Because Mr. Barnett's Section 2255 motions were denied on procedural grounds, he has not demonstrated violation of a constitutional right.  Accordingly, a certificate of appealability will not issue.

**SO ORDERED.**

Dated:  April 21, 2020
       New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge