UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

BERNARD BARNETT,

            Defendant.

---

No. 90-CR-913 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Bernard Barnett's motion [dkt. no. 575] for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  The Government shall respond to Mr. Barnett's motion by April 7, 2021.  Mr. Barnett shall file any reply by April 21, 2021.

**SO ORDERED.**

Dated:    March 17, 2021
           New York, New York

                            _/s/ Loretta A. Preska_
                            LORETTA A. PRESKA
                            Senior United States District Judge