UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>BERNARD BARNETT,<br><br>                    Defendant. | No. 90-CR-913 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Bernard Barnett's letter, dated July 26, 2021, regarding his pending First Step Act motion.  (See dkt. no. 598.)  Pursuant to an order entered on July 28, 2021, the Government's response to Mr. Barnett's motion is due by August 24, 2021.  (See dkt. no. 596.)  The Government shall mail a copy of its response directly to Mr. Barnett.  Mr. Barnett may then reply, either pro se or through counsel, by September 7, 2021.  (See id.)  The Clerk of the Court shall mail a copy of this order to Mr. Barnett.

**SO ORDERED.**

Dated:    August 23, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge