UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

BERNARD BARNETT,

           Defendant.

90 Cr. 913 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Government shall respond to Mr. Barnett's motions and supplements (dkt. nos. 602, 606, 605 and 606) regarding his First Step Action Motion no later than February 11, 2022. Mr. Barnett may reply no later than March 11.

    The Clerk of Court shall mail a copy of this order to Mr. Barnett.

SO ORDERED.

Dated:    New York, New York
          January 27, 2022

                                    *Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge

1