UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -against-<br><br>BERNARD BARNETT,<br><br>                Defendant. | 90 Cr. 913 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Barnett's Motion for a Hearing to be Held to Determine the Sentence Under the First Step Act.  (Dkt. no. 603.)

    For the same reasons that the Court is without jurisdiction to consider Mr. Barnett's Motion for Reconsideration of its decision on his compassionate release motion (in which Mr. Barnett addressed the First Step Act) (dkt. no. 606), the Court is without jurisdiction to consider the motion for a hearing under the First Step Act.  See order dated March 13, 2022.  (Dkt. no. 613). Accordingly, the Clerk of the Court shall close the motion at dkt. no. 603.

The Clerk of the Court shall mail a copy of this order to Mr. Barnett.

SO ORDERED.

Dated:     New York, New York
           December 28, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge