UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BERNARD BARNETT,

           Defendant.

90 Cr. 913 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Following the Court of Appeals' summary order dated April 11, 2023 affirming the denial of Mr. Barnett's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), he has "reminded" the Court of his renewed motion for compassionate release, (dkt. no. 618), his attorney has updated his medical situation, (dkt. no. 619), and he has filed a writ of mandamus, (dkt. no. 627).

    The Government shall respond to Mr. Barnett's renewed motion for compassionate release no later than September 28.

    The Clerk of the Court shall mail a copy of this order to Mr. Barnett.

SO ORDERED.

Dated:   New York, New York
         September 14, 2023

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge